Name And Address For Each Named Defendants:

Defendant Name And Address:

1. Chadwick S. Dotson (Director), et al
   Virginia Department of Corrections
   6900 Atmore Drive
   Richmond, VA 23261

Defendant Name And Address:

2. K. Blankenship (Time Comp.), et al
   Court and Legal Services
   Virginia Department of Corrections
   6900 Atmore Drive
   Richmond, VA 23261

"Continued Named Defendants"

Defendant Name And Address:
et al

3. K. McQueen, (Classification Officer)
Western Tidewater Regional Jail
2402 Godwin Blvd.
Suffolk, VA 23434

(Was here 2002)

T.H ~~Defendant Name And Address:~~